## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

DARREll SHANTA JENKINS

Inmate ID Number: P3091 2 ,

*(Write your full name and inmate ID
number.)*

**v.**

"SEE ATTACHED" ,

_____ ,

_____ ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

_____ /

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND TL
JUL 20 '22 AM 10:15

LEGAL MAIL
Provided to Wakulla CI

JUL 1 8 2022

for mailing _____

LIST OF DEFENDANT(S) BEING SUED.

WARDEN ALLEN OF WAKULLA CORRECTIONAL INSTITUTION
SERGEANT V. SOLER
OFFICER B. JONES
CLASSIFICATION SUPERVISOR MR. ARIDGETT

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: DARRELL SHANTA JENKINS  ID Number: P30912

List all other names by which you have been known: N/A

N/A

Current Institution: WAKULLA CORRECTIONAL INSTITUTION ANNEX

Address: 110 MELALEUCA DRIVE

CRAWFORDVILLE, FLORIDA 32327

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: MR. ALLEN

   Official Position: WARDEN OF WAKULLA C.I.

   Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

   Mailing Address: 501 SOUTH CALHOUN STREET

   TALLAHASSEE, FLORIDA 32399

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: _MR. PRIDGET_

    Official Position: _CLASSIFICATION SUPERVISOR_

    Employed at: _FLORIDA DEPARTMENT OF CORRECTIONS_

    Mailing Address: _501 SOUTH CALHOUN STREET_

    _TALLAHASSEE, FLORIDA 32399_

    ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

3. Defendant's Name: _V. SODER_

    Official Position: _SERGEANT_

    Employed at: _FLORIDA DEPARTMENT OF CORRECTIONS_

    Mailing Address: _501 SOUTH CALHOUN STREET_

    _TALLAHASSEE, FLORIDA 32399_

    ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

    *(Provide this information for all additional Defendants in this case by*

    *attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation

of any rights, privileges, or immunities secured by the Constitution" and federal

law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation

of certain constitutional rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name     B. JONES

Job or Title *(if known)*     CORRECTIONAL OFFICER

Shield Number     DON'T KNOW

Employer     FLORIDA DEPARTMENT OF CORRECTIONS

Address     501 SOUTH CALHOUN STREET

TALLAHASSEE     FLORIDA     32399

        *City*         *State*         *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

Name     MR. PRINGETT

Job or Title *(if known)*     CLASSIFICATION SUPERVISOR OF WAKULLA C.I. ANNEX

Shield Number     DON'T KNOW

Employer     FLORIDA DEPARTMENT OF CORRECTIONS

Address     501 SOUTH CALHOUN STREET

TALLAHASSEE     FLORIDA     32399

        *City*         *State*         *Zip Code*

[✓] Individual capacity    [✓] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE DEFENDANTS LISTED IN THIS CASE VIOLATED PLAINTIFF'S EIGTH AMENDMENT UNDER THE U.S. CONSTITUTION BY "FAILING TO PROTECT" PLAINTIFF FROM BEING PHYSICALLY ATTACKED AND STABBED WITH A PRISON HOMEMADE KNIFE THAT CAUSED SERIOUS PHYSICAL INJURY PAIN, SUFFERING AND EMOTIONAL DISTRESS. ( SEE ATTACHED ) →

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

CONTINUED FROM PAGE 3 OF 11 (II. BASIS FOR JURISDICTION B.)

EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW AND ACTED WITH "NEGLIGENCE" AND "DELIBERATE INDIFFRENCE" BY NOT FOLLOWING PRISON POLICY AND PROTECTION AND SPECIAL REVIEW POLICIES AND THESE NEGLECTS CAUSED THE PLAINTIFF TO BE STABBED AND HARMED WHICH IS A "FAILURE TO PROTECT" CLAIM UNDER THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

1. Defendant Warden Mr. Allen failed his duty & obligation to Special Review plaintiff & his attacker Z. Allahad from the 12-18-21 incident that resulted in plaintiff being stabbed by Z. Allahad on 1-21-22

2. Classification supervisor Mr. Pridget failed & violated Florida rules & procedure to also special Review plaintiff & his attacker Z. Allahad from the 12-18-21 incident that resulted in plaintiff being stabbed by Z. Allahad on 1-21-22

3. Sergeant V. Soder acted under color of state law by being the prison dorm official operating and running the quad on 1-21-22 when plaintiff was stabbed, ignoring that fact that plaintiff & his attacker had serious issues with each other and also the fact that the attacker Z. Allahad to sergeant V. Soder that he was not ready to go to the shower and V. Soder left Z. Allahad unattended that resulted in Z. Allahad stabbing the plaintiff "4" different times! V. Soder's failure to follow his escort requirements →

**Statement of Facts Continued** (*Page* 5 *of* 12 )

led to plaintiff being stabbed.

4. Officier B. Jones ignored the conflicting issue between the plaintiff & his attacker Z. Allahad by still pulling the plaintiff from his cell while inmate Z. Allahad was in the next room unattended led to the plaintiff being stabbed "4" different times!

5. All listed defendants acted under color of state law and deliberate indifference in ignoring plaintiff's issues with his attacker Z. Allahad from the incident of 12-18-21 when plaintiff tried to stab Z. Allahad due to Z. Allahad making death threats. Warden Mr. Allen & Classification supervisor Mr. Bridget have failed to protect plaintiff from retaliation that should have resulted in a immediate transfere and special review but instead placed plaintiff on "Red lock, highten security" and both defendants Lt. Soder & B. Jones was aware of this conflicting issue and still ignored the dangers of leaving both parties plaintiff & attacker unattended and ignoring the proper escort & searching procedures that resulted in plaintiff being stabbed!

CONTINUED STATEMENT OF CLAIM, SECTION D

(3) ON 1/21/22 SERGEANT SODER And OFFICER JONES WERE RUNNING And OPERATING O DORM, WING 1 DAYROOM, SHOWER And HAIRCUTS And THEY WERE NOT FOLLOWING THE ESCORT REQUIREMENTS OF RESTRAINED INMATES And LEFT PLAINTIFF UNATTENDED / UNSUPERVISED WHICH RESULTED IN INMATE Z. AILHAD USING A HOMEMADE Handcuff KEY And REMOVING HIS RESTRAINTS And ATTACKING PLAINTIFF And STABBING HIM MULTIPLE TIMES.

PLAINTIFF WAS RETALIATED AGAINST And STABBED BY INMATE Z. AILHAD AS A RESULT FROM THE INCIDENT THAT OCCURRED ON 12/18/21 WHEN PLAINTIFF ATTEMPTED TO STAB And ATTACK INMATE Z. AILHAD.

(4) WARDEN ALLEN And CLASSIFICATION SUPERVISOR MR. PRIDGETT FAILED TO TAKE ACTION TO PROTECT PLAINTIFF FROM RETALIATION And DID NOT SEPARATE PLAINTIFF And INMATE Z. AILHAD, And THERE NEGLIGENCE And DELIBERATE INDIFFERENCE RESULTED IN PLAINTIFF BEING STABBED BY INMATE Z. AILHAD.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

12/18/21  AT APPROX: BETWEEN 0900-1400 HOURS
1/21/22  AT APPROX: BETWEEN 7:00 PM - 7:30 PM.

D.    What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

① ON OR AROUND 12/18/21 AS ALL PRISON REPORTS AND RECORDS WILL SHOW AND PROVE ~~INMATE~~ PLAINTIFF, ATTEMPTED TO ATTACK AND STAB INMATE Z. AILHAN AND PLAINTIFF WAS PLACED ON "RED LOCK" STATUS.

② ALL THE REPORTS AND RECORDS OF THIS INCIDENT WERE AND ARE SUPPOSSED TO BE REVIEWED BY WARDEN ALLEN AND CLASSIFICATION SUPERVISOR MR. PRIGGETT, WHICH MEANS THEY HAD KNOWLEDGE OF THIS INCIDENT.    ( SEE ATTACHED →

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS STABBED (4) TIMES AND SUFFERRED SERIOUS PHYSICAL INJURY AND DID NOT RECIEVE PROPER MEDICAL ATTENTION. I SUFFERED PAIN, SUFFERING AND EMOTIONAL DISTRESS FROM POST TRAUMATIC STRESS DISORDER (PTSD) THAT I HAVE CONSTANT NIGHTMARES AND FLASHBACKS OF THE ATTACK AND INCIDENT.

I HAVE PERMANANT ~~XXXXXX~~ Night Sweats AND Pain in left shoulder!

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① GRANTING PLAINTIFF A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

② A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT WARDEN ALLEN & CLASSIFICATION OFFICER PRIGGETT TO MAKE PLAINTIFF "SPECIAL REVIEW" AGAINST INMATE Z. AILHAN (KEEP SEPERATE.

③ GRANTING PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $100,000 DOLLARS AGAINST THE DEFENDANTS.

CONTINUED RELIEF, SECTION VI.

(4) PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $50,000, AGAINST THE DEFENDANTS.

(5) PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

(6) PLAINTIFF ALSO SEEKS RECOVERY OF THE COSTS IN THIS SUIT AND AGREEMENT NOT TO COUNTER SUE.

(7) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ (Yes)

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WAKULLA C.I. ANNEX
110 MELALEUCA DRIVE
CRAWFORDVILLE, FLORIDA   32327

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ (Yes)

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

① All INCIDENTS OF OCCURRANCES.

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ (Yes)

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

WAKULLA C.I. ANNEX

2.  What did you claim in your grievance?  STAFF'S NEGLIGENCE And THE INCIDENTS OF WHAT OCCURRED.

3.  What was the result, if any?  APPROVED FOR FURTHER INVESTIGATION

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

PLAINTIFF APPEALED All GRIEVANCE STEAS CONTAINED In 33-103. FAC. (SEE All ATTACHED GRIEVANCES And RESPONSES) THE GRIEVANCE PROCEDURE WAS EXSHAUSTED And THEREFORE THE PLRA REQUIREMENT WAS MET And SATISFIED.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.    A LOT OF IGNORANT, UNINTELLIGENT RESPONSES WERE GIVEN AND THE GRIEVANCES WERE POORLY INVESTIGATED.

*SEE ATTACHED GRIEVANCE EXHIBITS

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    N|A
       Defendant(s)    N|A

2.    Court *(if federal court, name the district; if state court, name the county and State)*
       N|A

3.    Docket or index number
       N|A

4.    Name of Judge assigned to your case
       N|A

5.    Approximate date of filing lawsuit
       N|A

6.    Is the case still pending?

       ☐ Yes          N|A
       ☐ No

       If no, give the approximate date of disposition.    N|A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       N|A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

       NO

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ N|A _____

Defendant(s) _____ N|A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N|A _____

3.    Docket or index number

_____ N|A _____

4.    Name of Judge assigned to your case

_____ N|A _____

5.    Approximate date of filing lawsuit

_____ N|A _____

6.    Is the case still pending?

☐ Yes

☐ No          N|A

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____ N|A _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/11/22

Signature of Plaintiff    Darrell S Jenkins
Printed Name of Plaintiff    DARRELL S. JENKINS
Prison Identification #    FLDOC # A30912
Prison Address    WAKULLA C.I. ANNEX  110 MELALEUCA DRIVE
CRAWFORDVILLE                    FLORIDA    32327
                City                        State        Zip Code

### B.    For Attorneys

Date of signing:    PRO SE

Signature of Attorney    PRO SE
Printed Name of Attorney    PRO SE
Bar Number    PRO SE
Name of Law Firm    PRO SE
Address    PRO SE
                City                        State        Zip Code
Telephone Number
E-mail Address

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☑ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Darrell S. Jenkins | DC Number<br>P30912 | Quarters<br>Infirm | Job Assignment | Date<br>2-4-22 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

This informal grievance is submitted due to the following concerns of my care, custody, and control by F.D.O.C. officials my safety is everything also including the officers too, but to no avail on 1-21-22 approx around 7:00p.m. to 7:30p.m. while housed in O-Dorm cell 01-214 I was removed from my cell 01-214 by O-dorm's sergeant Sooter and officer Jones and escorted to the barbershop room for a shave & haircut how-ever upon me being locked in my restraint chair by officer Jones to get my haircut a inmate "Z. Allahad was supposed to have been restrained in his chair also in the next room but inmate Z. Allahad waited until officer Jones & S.gt. Sooter went to pull other inmates for theyre showers and utilized a homemade cuff key to unlock his restraints and then run into my barbershop room and began to stab me 4 times with a homemade knife! poor safety & care tactics and force of S.gt. Sooter & officer Jones allowed Z. Allahad to not only stab me but also to get away back to his cell with the key & knife!

All requests will be handled in one of the following ways: 1) Written/Information or    2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: P30912    RECEIVED

---

**DO NOT WRITE BELOW THIS LINE**

FEB 04 2022

06E-RLL

**RESPONSE**    118-2202-0057    DATE RECEIVED:    Wakulla Grievance Office<br>Wakulla Correctional Institute

Your grievance has been recieved, reviewed, and evaluated

More than 30 corrections professionals were advised of and reviewed the refferenced incident. The incident is still the subject of an on going investigation. Most of your assertions appear factually acurate. The Warden and Chief of Security have issued several directives to mitigate the risk of this happening again

For the above reasons grievance is returned, after the investigtion is concluded you may grieve this matter should you feel the need persist

[The following pertains to informal grievances only:]    approval for investigation only

Based on the above information, your grievance is Returned (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): J. Morgan | Official (Signature): _____ | Date: 02-07-22 |
|---|---|---|

Original: Inmate (plus one copy)    FEB 10 2022
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

## PART B - RESPONSE

| JENKINS, DARRELL | P30912 | 2202-118-197 | WAKULLA ANNEX | O1214L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

This issue was adequately addressed at the informal level grievance log 118-2202-0057 and approved as this issue is currently being investigated.

Your Request for Administrative Remedy or Appeal is being R E T U R N E D without processing in accordance with F.A.C. Chapter 33.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: T. Dicks, Assistant Warden

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/8/22 — DATE |

MAILED
MAR 1 0 2022
ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Jenkins | Darrell | S. | P30912 | Wakulla C.Ie Annex |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

2202-118-197

**Part A – Inmate Grievance**

This Formal Grievance is submitted due to me not being satisfied with the response of the attached informal grievance, "see Attached." First off there isn't nowhere near "30 different officers," who work in O-Dorm on this night shift so that response is very invalid & inadequate! Secondly, How's there an ongoing investigation when noone has come and talked to me. I wrote statements saying the orderlies had nothing to do with it due to the Dorm's lieutenant J. Morgan saying I needed to write them, but other than that Ive talked to noone in particular about this conflicting incident. 3rd of all the informal grievance was about to be returned without actions before it was scratched out and then approved, "see Attached." Whatever directives were given shouldn't have to have been given due to these officials supposed to know & automatically do and secure the post of their jobs. No care 1 inmate shall be left unattended. Also to further show that these officials have poor security and isn't concerned about my life, safety & wellbeing because all officials on both the Day shift & night shift know that me & Z. Alahad had serious life threatening problems because when Z. Alahad found out I was a homosexual he made threats to hurt me, and then I denied having that cell phone, Z. Alahad made a threat to kill me, so I think on 12-18-2? I tried to stab Z. Alahad at group, but was restrained by staff and placed on "red lock"! I should have been immediately transferred and all staff heard that dude threat to kill me daily, and to further show security will let me get killed before they even get hurt or scratched, none of the officials used any type of force on Z. Alahad when they see I'm bleeding like a stuck pig and he has a shank in his hand trying to come stab me again! Sergeant Sader grabbed him but then let him go upon seeing the knife and as stated in the informal grievance he got away back to his cell with the key & knife! I seek monetary rewards & to be released from DeO.C Custody!

7-21-22

_____

DATE

[signature] #P30912

SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

                                                        #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

FEB 22 2022

Wakulla Assistant Warden
Program/Grievance

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #:_____    (Received By)

                (Date)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

APR 01 2022

**PART B - RESPONSE**

| JENKINS, DARRELL | P30912 | 22-6-08647 | WAKULLA ANNEX | O1214L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

A. Keaton

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*A. Keaton*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

3/29/22
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 22 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse,** on the behalf of:

| Jenkins Darrell S. | P30912 | Wakulla, C.I./Annex |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**    22-6-08647

This request for administrative remedy and appeal is submitted due to the follo-wing: "see attached, informal & Formal Grievances that was approved and then returned on a invalid, inacurate responsel" I seek further review & remedy due to this conf-licting issue being serious in the nature of life, death, and my well being while being housed in the custody of Florida's Department of Corrections! As stated in the informal & formal griev-ances I was stabbed on 1-21-22 approximately arond 7:00-7:30 p.m. by inmate "Zavion Alahad" who somehow manage to obtain a homemade shank & a homemade hand cuff key to which he had utilized to unlock his restraints in the group room while I was in the process of getting my haircut in the next group room to which inmate "Zavion Alahad" came in and begin to stab me up none stop until a poor & unprofessional attempt from Sergeant "Soder and off-icer Jones" to stop him by yelling "lay down & stay down" but to no avail and "Zavion Alahad" manage to flee the room & make it back to his cell with the shank & key! now your responding employee L. Robison, Grievance Coordinator & T. Dicks, Assistant Warden wants me to bel-ive that there's an ongoing investigation concerning my problem & issue and says it was ade-quately addressed at the informal level, I think not! These officials are scared, careless and reckless, there are still orderlies & inmates with shanks and cellphones and they aren't doing nothing and you expect me to feel safe while you'll investigate? The same orderlies are still running around, they're not wanding us with the metal detector or nothing, poor searching, inmate's come to question me, how do I even know that the fixed wing camera's are or have been reviewed? I requested for vider footage to be held for civil purposes as w

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☑ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ | ☐ Classi..... |

| FROM: | Inmate Name<br>Darrell S. Jenkins | DC Number<br>P30912 | Quarters<br>01-214 | Job Assignment | Date<br>2-9-22 |

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is written due to me being stabbed up by
Zavion Alahad and my family is putting together a civil law suit
against the state, and the hired attorney Mr. Ben Crump has asked
me to submit this grievance to retain the O-Dorm's video footage
of the fixed wing's cameras so that he can review the video
footage on how security wasn't accurate in using physical or deadly
force to stop the inmate from stabbing me and still allowed him to make
it back to his cell with the knife & key. That was poor, poor protection
of my safety, care custody, and control so will you mrs. Brown please
authorize whoever to save the footage of 1-21-22 approximately around
7:00p.m. to 7:30p.m.? Mr. Crump would like to see it!
Thank You Ma'am!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: P30912        RECEIVED

_____

Ogelfel

**DO NOT WRITE BELOW THIS LINE**                              FEB 1 0 2022

**RESPONSE**    122-2202-0118    DATE RECEIVED: _____    Wakulla Grievance Office
                                                            Wakulla Correctional Institute

Your grievance has been recieved, reviewed, and evaluated.

All videos are maintained in accordance with Procedural requirements.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is Returned . (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Morgan    Official (Signature): _____  Date: 02-16-22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

FEB 2 1 2022

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later
than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.
DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Darrell S, Jenkins # P30914
Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, Florida 32327

JUL 1 9 2022

HONORABLE CLERK OF COU
U.S. Federal Courthouse
111 North Adams Street
Tallahassee, Florida 32301

