IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRELL SHANTA JENKINS,**

   *Plaintiff*,

v.                                  Case No.: 4:22cv268-MW/MAF

**SGT. V. SODER, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. Plaintiffs' Eighth Amendment claims against Sergeant V. Soder and Officer B. Jones, in their individual capacities, may proceed. Plaintiff's requests for special review of Inmate Allahad and declaratory relief are **DENIED**. All other claims are **DISMISSED** for failure to state a claim. This case is remanded

to the Magistrate Judge for further proceedings.

**SO ORDERED on October 19, 2022.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**