IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRELL SHANTA JENKINS,**

   *Plaintiff*,

v.                              Case No.: 4:22cv268-MW/MAF

**SERGEANT V. SODER, et al.,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 31, is **accepted and adopted** as this Court's opinion. Defendant Soder's motion to dismiss, ECF No. 27, is **DENIED**. Plaintiff's failure to protect claims shall proceed against Defendant Soder in his individual capacity. This matter is referred to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on April 19, 2023.**

                                                s/Mark E. Walker                
                                              **Chief United States District Judge**