IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRELL SHANTA JENKINS,**

   *Plaintiff*,

v.                                                      Case No.: 4:22cv268-MW/MAF

**SARGEANT V. SODER, et al.,**

   *Defendants*.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 57. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The amended report and recommendation, ECF No. 57, is **accepted and adopted** as this Court's opinion. Defendants' motion for summary judgment, ECF No. 47, is **DENIED**. The Clerk shall set this case for a telephonic status conference **on Tuesday, February 6, 2024**, to discuss scheduling this case for trial.

SO ORDERED on January 22, 2024.

                                                  s/Mark E. Walker                   
                                                  **Chief United States District Judge**